# 2023 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P09000042497

**Entity Name:** TIER ELECTRIC OF CENTRAL FLORIDA, INC.

**FILED**
**Jan 23, 2023**
**Secretary of State**
**6883599912CC**

**Current Principal Place of Business:**

825 GREEN BAY ROAD
 SUITE 100
WILMETTE, IL 60091

**Current Mailing Address:**

3973 ARNOLD AVENUE
NAPLES, FL 34104-3373 US

**FEI Number:** 27-0204826

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

INCORP SERVICES, INC.
17888 67TH COURT NORTH
LOXAHATCHEE, FL 33470 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | V | | Title | T |
| Name | DESCH, DAVID | | Name | MORRISON, KEVIN |
| Address | 3973 ARNOLD AVENUE | | Address | 825 GREEN BAY ROAD SUITE 100 |
| City-State-Zip: | NAPLES FL 34104-3373 | | City-State-Zip: | WILMETTE IL 60091 |
| Title | S | | Title | PS |
| Name | HOFFMAN, GREGORY | | Name | HOFFMANN, GREGORY |
| Address | 825 GREEN BAY ROAD SUITE 100 | | Address | 825 GREEN BAY ROAD SUITE 100 |
| City-State-Zip: | WILMETTE IL 60091 | | City-State-Zip: | WILMETTE IL 60091 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DAVID DESCH                              VICE PRESIDENT                              01/23/2023

Electronic Signature of Signing Officer/Director Detail                                   Date